# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| DONALD B. INGRAM, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | NO. 3:12-cv-01106 |
| | ) | |
| STATE OF TENNESSEE DEPARTMENT | ) | |
| OF LABOR AND WORKFORCE | ) | |
| DEVELOPMENT, and KARLA DAVIS, | ) | |
| Individually, and in her capacity as | ) | |
| Commissioner of the State of Tennessee | ) | |
| Department of Labor and Workforce | ) | |
| Development, | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT MOTION TO AMEND CASE MANAGEMENT ORDER #1

Counsel for Plaintiff and the Defendants hereby jointly move that this Court amend Case Management Order #1 (D.E. 14) by extending the deadline for making Rule 26(a)(1)(A) through (E) disclosures from January 18, 2013 to January 25, 2013. The parties request this extension in order to afford them more time to collect information for these disclosures. This extension will not unduly delay the progress of trial preparation in this case.

Respectfully submitted,

**NEAL & HARWELL, PLC**


By: /s/ Gerald D. Neenan
     Gerald D. Neenan, No. 006710
     Kendra E. Samson, No. 018976

One Nashville Place, Suite 2000
150 Fourth Avenue North
Nashville, Tennessee  37219
Telephone:  (615) 244-1713
Facsimile:  (615) 726-0573
gneenan@nealharwell.com
ksamson@nealharwell.com

*Counsel for Plaintiff*

**WALLER LANSDEN DORTCH & DAVIS, LLP**


By:     s/ Brian M. Clifford (w/permission)
          Andrew S. Naylor, No. 17128
          Brian M. Clifford, No. 29778

511 Union Street, Suite 2700
Nashville, TN  37219
Telephone:  (615) 244-6380
Facsimile:  (615) 244-6804
andy.naylor@wallerlaw.com
brian.clifford@wallerlaw.com

*Counsel for Defendants*

2