IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONALD B. INGRAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-cv-01106 |
| v. ) | |
| ) | Judge Nixon |
| STATE OF TENNESSEE DEPARTMENT OF ) | Magistrate Judge Griffin |
| LABOR AND WORKFORCE DEVELOPMENT ) | |
| and KARLA DAVIS, Individually and in her ) | JURY DEMAND |
| capacity as Commissioner of the State of Tennessee ) | |
| Department of Labor and Workforce Development, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is a Stipulation and Agreed Order Extending Deadline for Filing Final Order of Dismissal ("Stipulation"), in which the parties request the Court extend the deadline by which the parties are required to file a proposed final order of dismissal, currently set for November 1, 2013. (Doc. No. 36.) In support of their request, the parties state that they have reached a settlement agreement concerning all issues in this case, but that Defendants have not yet completed the approval process required by the State of Tennessee for a settlement agreement in this matter. (*Id.* at 1.) The parties thus request the Court extend the deadline for filing the proposed final order to November 25, 2013. (*Id.*)

The Court finds the parties' request to be reasonable and hereby **EXTENDS** the deadline to file a final agreed order of dismissal to **November 25, 2013**. If the parties are unable to file a proposed final agreed order of dismissal by November 25, 2013, the Court directs the parties to file a written explanation for the delay.

It is so ORDERED.

Entered this the 30 day of October, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT